MARIA SAGONA, Appellant, v. GIROLAMO MONTALBANO, Respondent.— Judgment modified by eliminating therefrom the provision for costs, and as so modified unanimously affirmed, without costs. We are of opinion that in the absence of an award of costs in the decision, costs were improperly incorporated in the judgment under section 440 of the Civil Practice Act. The appeal from the order dismissed, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

RICHARD SCHELL, Appellant, v. AMELIA SCHELL, Respondent.— Order dismissing amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

MEYER SILBERSTEIN, Appellant, v. BENJAMIN H. WHINSTON and BERTJUN HOLDING CORPORATION, Respondents.— Order granting defendants' motion for judgment on the pleadings and judgment entered thereon reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The question whether plaintiff was acting as a real estate broker should be determined at the trial. Lazansky, P. J., Young and Kapper, JJ., concur; Rich and Tompkins, JJ., dissent and vote to affirm.

HENRY ROOT STERN, Appellant, v. HEDWIG RIDDER, Respondent, and Others, Defendants.— Order denying plaintiff's motion to require defendant Ridder to serve an amended answer, separately stating and numbering therein certain allegations contained in paragraphs numbered 13 and 15 of the amended answer, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty and Scudder, JJ., concur; Rich and Kapper, JJ., dissent.

HARVEY WILKEY, as Administrator, etc., of EDITH WILKEY, Deceased, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Order denying defendant's motion for a further bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

BARNEY ZINICK, Respondent, v. 223 LENOX ROAD APARTMENTS, INC., and Others, Defendants. TILEFLO MANUFACTURING Co., INC., Appellant. (Appeal No. 1.) — Order granting plaintiff's motion for judgment pursuant to rules 104 and 112 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

BARNEY ZINICK, Respondent, v. 223 LENOX ROAD APARTMENTS, INC., and Others, Defendants, Impleaded with GAYNOR & ROSENBLUM, INC., and BETTINELLI TILE WORKS, INC., Appellants. (Appeal No. 2.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

BENJAMIN KATZ and MAX SEGAL, Copartners, etc., Appellants, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY and Another, Respondents.— Application granted.